# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK MUTUAL INSURANCE CO., | : C.A. No. 2:22-CV-1641 |
| | : |
| | : Honorable Nitza I Quinones Alejandro |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| EVERTON ARAUJO, | : |
| TITAN FRAMING COMPANY, INC., | : JURY TRIAL DEMANDED |
| FDR CONTRACTOR CORP., and | : |
| LOTT BUILDERS, LTD., | : |
| | : |
| Defendants. | : |

## STIPULATION OF VOLUNTARY DISMISSAL

Please enter Plaintiff's Notice of Voluntary Dismissal against Defendants Everton Araujo and Titan Framing Company, Inc., without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully submitted,

PION, NERONE, GIRMAN & SMITH, P.C.

By: /s/Brendan K. Birmingham
    Michael F. Nerone, Esq.
    PA I.D. #62446
    mnerone@pionlaw.com
    Brendan K. Birmingham, Esq.
    PA I.D. #323023
    bbirmingham@pionlaw.com
    1500 One Gateway Center
    420 Fort Duquesne Boulevard
    Pittsburgh, PA 15222
    *Counsel for Plaintiff,*
    *Frederick Mutual Insurance Company*

ZAJAC & ARIAS, LLC

By: /s/ Evan M. Padilla
    Evan M. Padilla, Esquire
    PA I.D. #66003
    1835 Market Street, 26th floor
    Philadelphia, PA 19103
    evan@teamlawyers.com
    *Counsel for Defendant Everton Araujo*


GOLDIN LAW GROUP, P.C.

By: /s/ Jeffrey J. Goldin
    Jeffrey J. Goldin, Esquire
    PA I.D. #312689
    135 Old York Road
    Jenkintown, PA  19046
    jgoldin@glgphilly.com
    *Counsel for Titan Framing Company, Inc.*